**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Jenny Day and Guillermo Moreno v. Classic Autoplex

Appellate case number:   01-19-00744-CV

Trial court case number: 17-CV-0081

Trial court:             212th District Court of Galveston County

      Appellants, Jenny Day and Guillermo Moreno, have filed a motion for reconsideration. The Court requests a response to the motion for reconsideration from appellee, Classic Autoplex. The response must be filed no later than **5:00 p.m., 20 days from the date of this order**. *See* TEX. R. APP. P. 49.2.

      It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                            Acting individually


Date: <u>January 16, 2020</u>